

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00545-CV

———————————————

SOUMIT ROY, Appellant

V.

SAF OILFIELD I, LLC AND SAF CAPITAL PARTNERS, LLC, Appellees

On Appeal from the 271st District Court
Wise County, Texas
Trial Court No. CV24-11-894

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellants' Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: February 6, 2025